Appeal No. 4671 from Judgment dated July 2, 1992, James E. Thomas, Ruling Judge, Stone County Circuit Court.
Bobby G. O’Barr, Sr., Biloxi, Stanton J. Fountain, Jr., Fountain & Walker, Biloxi, for Appellants.
Mark A. Nelson, Jon Mark Weathers, Rick D. Norton, Thomas C. Anderson, Bryan Nelson Randolph & Weathers, Hattiesburg, for Appellee.
Before FRAISER, C.J., and COLEMAN and SOUTHWICK, JJ.
Reversed in Part, Affirmed in Part and Remanded for a New Trial.
BRIDGES, P.J., and BARBER, DIAZ, MeMILLIN and PAYNE, JJ., concur.
King, J., dissents.
Thomas, P.J., not participating.